**BRUCE A. BLAKEMAN**
County Executive

**THOMAS A. ADAMS**
County Attorney



## COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

Writer's Telephone: (516) 571-36745
Writer's E-Mail: bmclaughlin@nassaucountyny.gov

April 14, 2023

**Via ECF**
Hon. Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re: *Hayes v. County of Nassau, et al.*
        Docket No. 2:21-CV-3922 (GRB)(AYS)

Dear Judge Shields,

    The Office of the Nassau County Attorney represents the County Defendants in the above matter. The undersigned writes this joint letter after conferring and consenting with Brett Klein, Esq., counsel for the Plaintiff, and in accordance with your April 2, 2023 Order, referring this case for mediation.

    The parties have agreed upon selecting Robyn Weinstein as the mediator for this case. The parties have confirmed with Ms. Weinsten, and the mediation is scheduled for June 14, 2023, with pre-mediation teleconferences with the mediator scheduled for May 15, 2023.

    The parties thank the Court for its time and consideration.

                                      Very truly yours,
                                      /s/ *Brian P. McLaughlin*

                                      Brian P. McLaughlin
                                      Deputy County Attorney

CC: Brett Klein, Esq., *counsel for the Plaintiff* (Via ECF)