**KLEIN**
**CIVIL RIGHTS**

**Brett H. Klein, Esq., PLLC**
305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132 F: (212) 335-0571

November 7, 2023

**BY ECF**

The Honorable Anne Y. Shields
United States Magistrate Judge
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Bobby Hayes v. County of Nassau, et al.* 21 CV 3922 (GRB)(AYS)

Dear Magistrate Judge Shields:

      I represent the plaintiff in the above-referenced civil rights action. The parties are pleased to report that with the critical assistance of the Court's mediation program, they were able reach a settlement of this litigation. In this regard, settlement documents have been negotiated and circulated, but we require several additional weeks to consummate the settlement. We accordingly request that all deadlines and proceedings be adjourned *sine die* pending the filing of a stipulation of dismissal, or such other relief that the Court deems appropriate under the circumstances, such as a conditional order of dismissal.

      Thank you for your consideration.

                   Respectfully submitted,

                   *Brett Klein*

                   Brett H. Klein

cc:    Brian McLaughlin, Esq.